IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LATJOR GONY, and JAL THONG,<br><br>      Defendants. | **4:23CR3028**<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LATJOR GONY,<br><br>      Defendant. | **4:23CR3070**<br><br>**ORDER** |

Defendant Gony has moved to continue the conference call because he is seeking new counsel. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue is granted.

   **No further continuances will be granted absent a substantial showing of good cause**.

2) As to all defendants, the change of plea previously scheduled to be held on January 9, 2024, is continued. A telephonic conference with counsel will be held before the assigned magistrate judge at 9:15

a.m. on January 24, 2024 to discuss setting any change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 24, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 5th day of January, 2024.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge