IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>LATJOR GONY,<br><br>               Defendant. | **4:23CR3070**<br><br>**ORDER** |

The Court held a conference call with the parties on January 24, 2024. Defendants orally moved to continue the conference call, (Filing No. 27), because Defendant Gony indicated to counsel he is pursuing the retention of a new attorney. The motion to continue is unopposed. Based on the showing set forth in the oral motion, as well as the complexities of the above-captioned matter and its related matter, the court finds the parties have shown good cause for the continuance of this matter and the motion should be granted. Accordingly,

    IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 27), is granted.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:00 a.m. on March 1, 2024 to discuss setting any change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and March 1, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have

been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of January, 2024.

                                  BY THE COURT:

                                  *s/ Jacqueline M. DeLuca*
                                  United States Magistrate Judge